## CERTIFICATE OF SERVICE

      I, the attorney, hereby certify that on September 29, 2016, I electronically filed the attached EXHIBIT A TO COMPLAINT with the Clerk of the Court using the ECF system which will send such filing to all attorneys of record.

                                                                                 */s/ James B. Zouras*