IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **GENE KATZ,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) Case No. 1:16-CV-09314 |
|     v. | ) |
| | ) Judge Sara L. Ellis |
| **CALAMOS ASSET MANAGEMENT, INC., CALAMOS INVESTMENTS, LLC., f/k/a CALAMOS HOLDINGS, LLC, CALAMOS FINANCIAL SERVICES, LLC, CALAMOS ADVISORS, LLC, JOHN P. CALAMOS, SR., and JOHN S. KOUDOUNIS,** | ) ) ) ) ) ) ) |
| | ) |
|     **Defendant.** | ) |

## JOINT MOTION TO DISMISS

Plaintiff, GENE KATZ, by and through his attorneys, Stephan Zouras, LLP, and Defendants, through its counsel, Morgan, Lewis and Bockius, LLP, hereby moves to dismiss this case and, in support thereof, state as follows:

1. Plaintiff originally filed his complaint on September 28, 2016 and amended his complaint on July 7, 2017 and September 21, 2017.

2. The Parties have reached a settlement of the claims asserted by Plaintiff in his complaint.

3. Per the terms of the settlement agreement, the Parties move to dismiss this case, initially without prejudice, which will become with prejudice in 30 days on November 16, 2017 and only after the settlement payment is made.

4. In the interim period, the Parties request that this court retain jurisdiction to ensure that the settlement payment is paid.

2

Date:   October 16, 2017                                       Respectfully Submitted,

*/s/ Ryan F. Stephan*
Ryan F. Stephan
**STEPHAN ZOURAS, LLP**
205 N. Michigan Avenue, Suite 2560
Chicago, Illinois 60601
312.233.1550
312.233.1560 *f*
rstephan@stephanzouras.com

**ATTORNEYS FOR PLAINTIFF**


Respectfully Submitted,

/s/  Sari Alamuddin
Sari Alamuddin
**MORGAN, LEWIS & BOCKIUS, LLP**
77 W. Wacker, 5th Floor
Chicago, IL  60601
P:  312.324.1000
F:  312.324.1001
sari.alamuddin@morganlewis.com

**Attorneys for Defendants**